NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAROL M. KIRSCHBAUM,**

*Claimant-Appellee*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellant*

---

2026-1094

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-2451, Chief Judge Michael P. Allen, Judge Amanda L. Meredith, and Judge Joseph L. Toth.

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b), with each side to bear its own costs,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

2                         KIRSCHBAUM v. COLLINS

(2)  Each side shall bear its own costs.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

April 9, 2026
Date

ISSUED AS A MANDATE: April 9, 2026